UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CHOYCE, JR., | No. 2:19-cv-01216-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| M. OLIVERIA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 14, 2021, are ADOPTED IN FULL;

2. This action is DISMISSED for failure to prosecute; and

1

3. The Clerk of Court is directed to close this case.

DATED: July 14, 2021

                                         Troy L. Nunley
                                         United States District Judge